JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MILENA APERYAN,

              Petitioner,

v.

FERETI SEMAIA, et al.,

              Respondents.

Case No. 5:26-cv-00699-AYP

JUDGMENT

    IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: March 27, 2026



_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE